```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

CYNTHIA Y. DAVIS,                     :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :   CIVIL ACTION 08-0436-KD-M
                                      :
CITY OF MARION,                       :
                                      :
    Defendant.                        :

<u>ORDER</u>

After consideration of Defendant's Motion to Reconsider Order Granting Motion to Compel (Doc. 21) and Plaintiff's Response to Defendant's Motion to Reconsider (Doc. 23), Defendant's Motion is **DENIED** and Defendant is **ORDERED** to fully answer and/or produce (or to fully state why it cannot answer and/or produce as to a particular request) not later than **5:00 p.m., Eastern Standard Time, on March 20, 2009**. Defendant did not notify the Court nor Plaintiff in any way of the problems it states that it encountered prior to the filing of its Motion to Reconsider. Defendant's Motion to Request Additional Time to Respond (Doc. 21) is **MOOT**, since the date requested by Defendant, namely March 2, 2009, has passed.

After consideration of Plaintiff's Motion for Sanctions (Doc. 18), Defendant's Response to Plaintiff's Motion for Sanctions (Doc. 20), and Plaintiff's Renewed Request for

Sanctions (Doc. 23), the ruling on that Motion is **DEFERRED** until after the completion of discovery.  In the interim, the Court does **ORDER** that the date for completion of discovery and by which the parties are to file a joint settlement statement is **EXTENDED** for both parties to **March 30, 2009;** the date for filing dispositive motions is **EXTENDED** to **April 20, 2009.**  The discovery completion period is being extended as set out so that the depositions noticed for the week of March 23-27, 2009, may take place during the discovery period.

DONE this 16th day of March, 2009.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE